PHILLIP A. TALBERT  
United States Attorney  
MATHEW W. PILE, WSBA No. 32245  
Associate General Counsel  
Office of Program Litigation, Office 7  
Social Security Administration  
MARY TSAI, CSBN 216963  
Special Assistant United States Attorney  
      6401 Security Boulevard  
      Baltimore, MD 21235  
      Telephone: (510) 970-4864  
      Facsimile: (415) 744-0134  
      E-Mail: mary.tsai@ssa.gov  

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID JIMMY LUCIO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:22-cv-00378-HBK<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

STIPULATION TO REMAND

Dated:  March 6, 2023         /s/  Jonathan Omar Pena*
                              JONATHAN OMAR PENA
                              Attorney for Plaintiff
                              *Authorized via e-mail on March 6, 2023


                              PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation, Office 7
                              Social Security Administration

                         By:  /s/ Mary Tsai
                              MARY TSAI
                              Special Assistant United States Attorney

                              Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

IT IS SO ORDERED.

Dated:   **March 7, 2023**

UNITED STATES DISTRICT JUDGE