# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JIMMY LUCIO,<br><br>           Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>           Defendant. | Case No.: 1:22-cv-0378 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 21) |

David Jimmy Lucio and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,500.00 pursuant to the Equal Access to Justice Act. (Doc. 21.) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $6,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated: __**June 20, 2023**__                                         _/s/ Jennifer L. Thurston_
                                                                           UNITED STATES DISTRICT JUDGE

1